The Honorable Ricardo S. Martinez
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRITH CHRUN,<br><br>Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>Respondents. | No. C21-00706-RSM-BAT<br><br>JOINT STIPULATION AND ORDER CONSENTING TO MAGISTRATE JUDGE AND DISMISSING HABEAS PETITION<br><br>NOTE ON MOTION CALENDAR: Today |

COME NOW Respondents, by and through their counsel, Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, and Petitioner, by and through his counsel Gregory Murphy, and hereby jointly stipulate and agree as follows:

WHEREAS on May 28, 2021, Petitioner filed a habeas petition challenging his continued immigration detention. Dkt. No. 1.

WHEREAS on May 28, 2021, Petitioner was released from custody on an Order of Supervision.

//

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C21-00706-RSM-BAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

WHEREAS the parties agree that Petitioner's release rendered the habeas petition moot. *See Abdala v. Immigration and Naturalization Service*, 488 F.3d 1061, 1065 (9th Cir. 2007).

WHEREAS the parties agree that this action should be dismissed as moot without fees or costs to either party.

WHEREAS the parties consent to proceed before the assigned Magistrate Judge under 28 U.S.C. § 636(c).

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's habeas petition is hereby denied and dismissed as moot without fees or costs to either party.

SO STIPULATED.

DATED this 15th day of June, 2021.

TESSA M. GORMAN
Acting United States Attorney

*/s Kristin B. Johnson*
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4067
E-mail   kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C21-00706-RSM-BAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970

SO STIPULATED.

DATED this 15th day of June, 2021.

*/s Gregory Murphy*
GREGORY MURPHY, WSBA #36733
Assistant Federal Public Defender
1331 Broadway #400
Tacoma, Washington  98402
Telephone No. (253) 593-6710
Attorney for Petitioner

## **ORDER**

IT IS SO ORDERED.

DATED this ____15th____ day of ____June____, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

JOINT STIPULATION AND ORDER
CONSENTING TO MAGISTRATE JUDGE AND
DISMISSING HABEAS PETITION
(C21-00706-RSM-BAT)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
(206) 553-7970